AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Uri Reto Seiser<br><br>Defendant(s) | )<br>)<br>)  Case No.  4:20-MJ-888-KPJ<br>)<br>)  **SEALED**<br>)<br>) |

FILED: **11/23/20**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 14, 2020** in the county of **Denton** in the
**Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Felon in possession of ammunition. |

This criminal complaint is based on these facts:
See the attached affidavit

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*Complainant's signature*
Jeannette Williamson, Special Agent
signature confirmed via electronic means

(specify reliable electronic means).

Date: 11/23/2020

*Judge's signature*
Kimberly C. Priest Johnson, U.S. Magistrate Judge
signature confirmed via electronic means

City and state:  Plano, Texas