IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | No. 4:20CR 373<br>Judge Jordan |
| URI RETO SEISER | | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 9 – 2020
BY DEPUTY_____

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of Ammunition by a Convicted Felon)

On or about November 14, 2020, in the Eastern District of Texas, **URI RETO SEISER**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, forty-nine (49) rounds of ammunition, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
(Pursuant to 18 U.S.C. § 924(d)(1))

As a result of the commission of the foregoing offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g)(1), namely, the following:

1. **Forty-nine (49) rounds of ammunition.**

A TRUE BILL

*RB*

GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____          Date 12/9/2020
TRACEY M. BATSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR |
| | § | Judge |
| URI RETO SEISER | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 922(g)(1)

Penalty:   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00