IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR373 |
| | § | Judge Jordan |
| URI RETO SEISER | § | |

**FIRST SUPERSEDING INDICTMENT**



FILED
FEB 1 0 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 922(g)(1)
(Possession of Ammunition by a
Convicted Felon)

On or about November 14, 2020, in the Eastern District of Texas and elsewhere, the defendant, **URI RETO SEISER**, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, forty-nine (49) rounds of 9mm Caliber ammunition bearing the markings "FC 20 9MM LUGER" on the head-stamp, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 922(g)(1).

**Count Two**

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearm)

On or about November 14, 2020, in the Eastern District of Texas and elsewhere, the defendant, **URI RETO SEISER**, did knowingly and unlawfully possess in and

affecting interstate or foreign commerce, a Polymer 80, 9mm semi-automatic pistol, no serial number, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 922(g)(1).

## Count Three

Violation: 18 U.S.C. § 2261A(1)<br>(Stalking)

On or about November 14, 2020, in the Eastern District of Texas and elsewhere, the defendant, **URI RETO SEISER**, did travel in interstate commerce, that is, from California to Texas with the intent, kill, injure, harass, or intimidate another person, and in the course of and as a result of such travel or presence did place that person in reasonable fear of death or serious bodily injury.

In violation of 18 U.S.C. § 2261A.

## Count Four

Violation: 18 U.S.C. § 924(b)<br>(Transporting Firearm to Commit<br>a Felony)

On or about November 14, 2020, in the Eastern District of Texas and elsewhere, the defendant, **URI RETO SEISER**, with intent to commit therewith an offense punishable by imprisonment for a term exceeding one year, or with knowledge or reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year is to be committed therewith, namely stalking, did knowingly

transport, in and affecting interstate or foreign commerce, a Polymer 80, 9mm semi-automatic pistol, no serial number.

In violation of 18 U.S.C. § 924(b).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1 ) by 28 U.S. C. § 2461(c)

As a result of the commission of the foregoing offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g)(1), namely, the following:

a. forty-nine (49) rounds of 9mm Caliber ammunition bearing the markings "FC 20 9MM LUGER" on the head-stamp;

b. a Polymer 80, 9mm semi-automatic pistol, no serial number.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____      Date: 2/10/21
TRACEY M. BATSON
Assistant United States Attorney

FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 3
Uri Reto Seiser

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR373 |
| URI RETO SEISER | § § | Judge Jordan |

## NOTICE OF PENALTY

### Counts One and Two

**Violation:** 18 U.S.C. § 922(g)(1)

**Penalty:** Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; and a term of supervised release of not more than five (5) years.

**Special Assessment:** $100.00

### Count Three

**Violation:** 18 U.S.C. § 2261A(1)

**Penalty:** Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both; and a term of supervised release of not more than three (3) years.

**Special Assessment:** $100.00

## Count Four

Violation:   18 U.S.C. § 924(b)

Penalty:   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both; and a term of supervised release of not more than 3 years.

Special Assessment: $100.00