IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR373 |
| | § | Judge Jordan |
| URI RETO SEISER | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Uri Reto Seiser** ("Seiser"), defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Jeffery King**, that this factual basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1.  On November 14, 2020, at approximately 10:33 p.m., Officer Dailey with the Corinth Police Department stopped a vehicle driven by the defendant, Uri Seiser. The stop occurred at 1300 State School Rd., Denton County, Eastern District of Texas.

2.  Seiser produced a California driver's license and stated he recently drove from California to visit his girlfriend and was driving back to California later that day. After conducting a criminal history check, Dailey discovered that Seiser had an active warrant for harassment. Dailey further noted that the alleged victim of the harassment lived approximately a block away from where Seiser was stopped. The criminal history check further showed that Seiser had a Felony conviction for Violation of Protective

FACTUAL BASIS – Page 1
*Uri Reto Seiser*

Order in Superior Court Case Number GA 104050, Los Angeles County, Pasadena California on June 20, 2019.

3. Seiser was arrested. Thereafter ammunition was located in the center console. When asked about the ammunition, Seiser directed officers to a loaded handgun located under the console between the driver and front passenger seats. The handgun was later determined to be an untraceable homemade Polymer 80, commonly known as a "ghost gun."

4. After waiving his Miranda warnings, Seiser stated he was in Corinth to meet the alleged victim of the harassment report to discuss a reconciliation. Seiser stated he purchased the Polymer 80 kit and assembled the weapon himself. Seiser also possessed ammunition for the firearm. The ammunition was determined to be forty-nine (49) rounds of 9mm Caliber ammunition bearing the markings "FC 20 9MM LUGER" on the head-stamp, Seiser stated he was aware he was prohibited from possessing firearms and ammunition.

5. I, **Uri Reto Seiser**, knew that I possessed the ammunition described above after I had been previously convicted of a felony. I knew that my possession of the ammunition was prohibited by law because I was a convicted felon.

6. The ammunition described above falls within the definition of "ammunition" as found in 18 U.S.C. § 921(a)(17)(A).

7. The ammunition described above was not manufactured in the State of Texas, and had traveled in interstate commerce.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 922(g)(1).

Dated: 8/2/21

URI RETO SEISER
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Uri Reto Seiser**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 8/3/21

JEFFERY KING
Attorney for Defendant

FACTUAL BASIS – Page 3
*Uri Reto Seiser*